UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

EVELINA CALCANO, ON BEHALF OF	No.: 1:20-cv-8109
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,
		ECF CASE

        Plaintiff,	**Stipulation of Dismissal**

        v.

LULU & GEORGIA, INC.,

        Defendant.

------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, EVELINA CALCANO, and Defendant, LULU & GEORGIA, INC., in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       February 25, 2021

| GOTTLIEB & ASSOCIATES | JACKSON LEWIS P.C. |
|---|---|
| *(signature)* | *(signature)* |
| Jeffrey M. Gottlieb, Esq., (JG-7905) | Rebecca M. McCloskey, Esq. |
| 150 East 18th Street, Suite PHR | 44 South Broadway |
| New York, NY 10003 | White Plains, NY 10601 |
| Phone: (212) 228-9795 | Phone: (914) 872-6893 |
| Fax: (212) 982-6284 | Rebecca.McCloskey@jacksonlewis.com |
| Jeffrey@Gottlieb.legal | |
| *Attorneys for Plaintiffs* | *Attorney for Defendant* |

```
SO ORDERED.

New York, New York
February 26, 2021

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
```